SEDGWICK, DETERT, MORAN & ARNOLD LLP
KEVIN J. DUNNE (Bar No. 040030)
STEPHANIE A. SHERIDAN (Bar No. 135910)
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant
FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC.


IRA SPIRO (Bar No. 067641)
J. MARK MOORE (Bar No. 180473)
SPIRO MOSS BARNESS LLP
11377 W. Olympic Boulevard, Fifth Floor
Los Angeles, California 90064
Telephone: (310) 235-2468
Facsimile: (310) 235-2456

Attorneys for Plaintiff
JIYOUNG MOON and CRAIG SANFORD,
individually, and on behalf of all others
similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JIYOUNG MOON, individually, and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC. and DOES 1-10, <br><br> Defendants. | CASE NO. C 06-7657 SI <br><br> STIPULATION TO FURTHER EXTEND TIME FOR DEFENDANT TO RESPOND TO FIRST AMENDED COMPLAINT <br><br> [Civil L.R. 6-1(a)] |

///

///

///

-1- CASE NO. C 06-7657 SI
STIPULATION TO FURTHER EXTEND TIME FOR DEFENDANT TO RESPOND TO FAC

<br/>

1  IT IS HEREBY STIPULATED by and between plaintiffs JIYOUNG MOON and CRAIG SANFORD ("Plaintiffs"), individually, and on behalf of all others similarly situated, and defendant FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC. ("Defendant"), by and through their respective counsel of record, that pursuant to and in compliance with Civil Local Rule 6-1(a), Defendant shall have up to and including **February 19, 2007**, to respond to Plaintiffs' First Amended Complaint in the above-referenced matter.

DATED: February 1, 2007

SPIRO MOSS BARNESS LLP

By: /s/ J. Mark Moore
J. MARK MOORE
Attorneys for Plaintiffs
JIYOUNG MOON and CRAIG SANFORD,
individually, and on behalf of all others
similarly situated

DATED: February 1, 2007

SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: /s/
KEVIN J. DUNNE
STEPHANIE A. SHERIDAN
Attorneys for Defendant
FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC.

**GRANTED**
Judge Susan Illston
United States District Court, Northern District of California

-2-

CASE NO. C 06-7657 SI
STIPULATION TO FURTHER EXTEND TIME FOR DEFENDANT TO RESPOND TO FAC