Eric A. Grover, Esq. (SBN 136080)
Jade Butman, Esq. (SBN 235920)
**KELLER GROVER LLP**
425 Second Street, Suite 500
San Francisco, CA 94107
Tel. (415) 543-1305; Fax: (415) 543-7861
eagrover@kellergrover.com
jbutman@kellergrover.com

Mark R. Thierman, Esq. (SBN 72913)
**THIERMAN LAW FIRM**
7287 Lakeside Drive
Reno, Nevada 89511
Tel. (775) 284-1500; Fax (775) 703-5027
laborlawyer@pacbell.net

| | |
|---|---|
| Scott A. Miller, Esq. (SBN 230322) | Steven L. Miller, Esq. (SBN 106023) |
| **LAW OFFICES OF SCOTT A. MILLER, A.P.C.** | **STEVEN L. MILLER, A PROFESSIONAL LAW CORP.** |
| 16133 Ventura Blvd., Suite 1200 | 16133 Ventura Blvd., Suite 1200 |
| Encino, CA 91436 | Encino, CA 91436 |
| Tel. (818) 788-8081; Fax (818) 788-8080 | Tel. (818) 986-8900 Fax: (818) 990-7900 |
| millaw@sbcglobal.net | stevenlmiller@sbcglobal.net |

Attorneys for Plaintiff
Farah Payan

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JIYOUNG MOON and CRAIG STANFORD, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC. and DOES 1-10,<br><br>Defendants. | Case No.: CV 06-07657 SI<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER THAT CASES ARE RELATED AND CONSOLIDATED** |

---

ADMINISTRATIVE MOTION TO RELATE AND CONSOLIDATE ACTIONS
Case No. 06-07657 SI

1  Plaintiff FARAH PAYAN ("Plaintiff Payan"), Plaintiffs Jiyoung Moon and
2  Craig Stanford ("Plaintiffs Moon and Stanford") and Defendant FEDEX KINKO'S
3  OFFICE AND PRINT SERVICES, INC. ("Defendant" or "FedEx Kinko's"), by and
4  through their respective counsel, hereby stipulate as follows:

WHEREAS, on December 20, 2006, Plaintiffs Moon and Stanford filed a First Amended Complaint in *Moon, et al. v. FedEx Kinko's Office and Print Services, Inc.*, Case No. 06-07657 SI in this Court on behalf of a putative national class of FedEx Kinko's customers alleging that Defendant willfully violated the requirements of 15 U.S.C. § 1681c(g) by providing Plaintiffs Moon and Stanford and the putative class members with credit or debit card receipts that allegedly contained more than five digits of the credit or debit card numbers and/or the cards' expiration dates;

WHEREAS, on February 9, 2007, Plaintiff Payan filed *Payan v. FedEx Kinko's Office and Print Services, Inc.* in the Central District of California on behalf of the essentially the same putative class as in the Moon action alleging substantially the same factual and legal claims against the same Defendant;

WHEREAS, on July 2, 2007, the Central District Court approved Plaintiff Payan and Defendant's stipulation to transfer the case to the Northern District Court so that it could be joined with the *Moon* action;

WHEREAS, the *Payan* action was transferred and assigned to Magistrate Judge Edward M. Chen in the Northern District, designated as Case No. 3:07-cv-03594-EMC;

WHEREAS, both actions involve substantially the same factual and legal claims regarding the same defendant's receipt printing practices and propose essentially the same putative classes of plaintiff consumers;

WHEREAS, litigating these actions separately will create unduly burdensome duplication of labor and expense both for the parties and the Courts;

WHEREAS, litigating these actions separately will create a significant risk of inconsistent rulings because both Courts will be resolving essentially the same issues;

IT IS HEREBY STIPULATED by and between the parties referenced below, by and through their respective counsel, that the actions, *Payan v. FedEx Kinko's Office and Print Services, Inc.*, Case No. 07-03594 EMC and *Moon, et al. v. FedEx Kinko's Office and Print Services, Inc.*, Case No. 06-07657 SI are related under the definition set forth in Local Rule 3-12(a) and should be consolidated into the earlier-filed *Moon* action in accordance with Federal Rule of Civil Procedure 42(a).

Dated: August 1, 2007          KELLER GROVER LLP


By:  _____/s/_____
     Eric A. Grover
     Attorneys for Plaintiff
     FARAH PAYAN

Dated: August 1, 2007          SPIRO MOSS & BARNESS LLP


By:  _____/s/_____
     J. Mark Moore
     Attorneys for Plaintiffs
     JIYOUNG MOON and CRAIG STANFORD

Dated: August 1, 2007          SEDGWICK DETERT MORAN & ARNOLD LLP


By:  _____/s/_____
     Michael N. Westheimer
     Attorneys for Defendant
     FEDEX KINKO'S OFFICE AND
     PRINT SERVICES, INC.

1 
**ORDER**

2 GOOD CAUSE APPEARING THEREFORE, the Court hereby orders that the

3 actions *Moon, et al. v. FedEx Kinko's Office and Print Services, Inc.*, Case No. 06-

4 07657 SI and *Payan v. FedEx Kinko's Office and Print Services, Inc.*, Case No. 07-

5 03594 EMC are related and are hereby consolidated into the earlier-filed *Moon, et al.

6 v. FedEx Kinko's Office and Print Services, Inc.*, Case No. 06-07657 SI.

7     **IT IS SO ORDERED.**

8 DATED: _____, 2007      _____
    HONORABLE SUSAN ILLSTON
9     UNITED STATES DISTRICT JUDGE

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28