SEDGWICK, DETERT, MORAN & ARNOLD LLP
KEVIN DUNNE (Bar No. 40030)
STEPHANIE SHERIDAN (Bar No. 135910)
MICHAEL N. WESTHEIMER (Bar No. 178938)
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635
Email: kevin.dunne@sdma.com
       stephanie.sheridan@sdma.com
       michael.westheimer@sdma.com

Attorneys for Defendant
FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JIYOUNG MOON and CRAIG STANFORD, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC. and DOES 1-10,<br><br>Defendants. | CASE NO. C 06-07657 SI<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION SEEKING LEAVE TO FILE SUR-REPLY IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>DATE:   October 12, 2007<br>TIME:   9 a.m.<br>JUDGE:   Honorable Susan Illston<br>CTRM:   10, 19th floor |

SF/1446841v1

CASE NO. C 06-07657 SI

ORDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JIYOUNG MOON and CRAIG STANFORD, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC. and DOES 1-10,<br><br>Defendants. | CASE NO. C 06-07657 SI<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION SEEKING LEAVE TO FILE SUR-REPLY IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>DATE: October 12, 2007<br>TIME: 9 a.m.<br>JUDGE: Honorable Susan Illston<br>CTRM: 10, 19th floor |

Defendant FedEx Kinko's Office and Print Services, Inc.'s motion for administrative relief to file sur-reply papers in opposition to Plaintiffs' motion for class certification came before this Court pursuant to Local Rule 7-11. Having considered the arguments submitted by the parties and good cause appearing therefor, the administrative motion is GRANTED.

IT IS HEREBY ORDERED that Defendants Sur-reply Brief, the Supplemental Declaration of Richard Maranville, the Declaration of Kevin J. Dunne and the Supplemental Declaration of Michael N. Westheimer and Exhibits 1-5 thereto, which are attached as Exhibits "A", "B", "C" and "D" (respectively) to the above-referenced motion, are approved and shall be

1 | deemed filed in support of Defendant's Opposition to Plaintiffs' Motion for Class Certification.
2 | IT IS SO ORDERED.
3 | Dated: _____

_____
Hon. Susan Illston
United States District Judge