1    J. Mark Moore (Bar No. 180473)
     SPIRO MOSS BARNESS LLP
2    11377 W. Olympic Blvd., Fifth Floor
     Los Angeles, CA 90064
3    Telephone: (310) 235-2468
     Facsimile:  (310) 235-2456
4    mark@spiromoss.com

5    Douglas A. Linde (SBN 217584)
     Chant Yedalian (SBN 222325)
6    LINDE LAW FIRM
     9000 Sunset Blvd., Ste. 1025
7    Los Angeles, CA 90069
     Tel.:  (310) 203-9333; Fax:  (310) 203-9233

8

9    Eric A. Grover (SBN 136080)
     eagrover@kellergrover.com
     Denise Diaz (SBN 156519)
10   ddiaz@kellergrover.com
     KELLER GROVER LLP
11   425 Second Street, Suite 500
     San Francisco, CA 94107
12   415-543-1305; Fax: 415-543-7681

13   Attorneys for Plaintiffs

14

**UNITED  STATES DISTRICT COURT**

15

**NORTHERN  DISTRICT OF CALIFORNIA**

16

**SAN FRANCISCO DIVISION**

17

18   JIYOUNG MOON and CRAIG STANFORD,   )   CASE NO. C -6-07657 SI
     individually and on behalf of all others similarly )
19   situated,                               )   <u>CLASS ACTION</u>
                                          )
20                    Plaintiffs       )   Hon. Susan Illston
                                          )
21                                           )
              v.                     )   **[PROPOSED] ORDER GRANTING**
22                                           )   **PLAINTIFFS' ADMINISTRATIVE**
                                          )   **MOTION SEEKING LEAVE TO**
23   FEDEX KINKO'S OFFICE AND PRINT     )   **FILE REPLY IN SUPPORT OF**
     SERVICES, INC. and DOES 1-10,        )   **PLAINTIFFS' LETTER BRIEF**
24                                           )   **MOTION TO COMPEL**
                                          )   **PRODUCTION OF DOCUMENTS**
25               Defendants.     )
                                          )
26   _____)

27

28

---

Plaintiffs' Motion for Administrative Relief to file reply papers in support of Plaintiffs' letter brief motion to compel production of documents came before this Court pursuant to Local Rule 7-11. Having considered the arguments submitted by the parties and good cause appearing therefor, the administrative motion is GRANTED.

IT IS HEREBY ORDERED that Plaintiffs' October 8, 2007 letter to the Court and the Reply Declaration of J. Mark Moore, which are attached as Exhibits 1 and 2, respectively, to the above-referenced motion, are approved for filing and hereby deemed filed in support of Plaintiffs' letter brief motion to compel production of documents.

SO ORDERED.

Dated: _____

_____
Hon. Susan Illston
United States District Court Judge

ORDER GRANTING ADMINISTRATIVE MOTION

CV 06-7657 SI