**United States District Court**
For the Northern District of California

1

2

3

4

5              IN THE UNITED STATES DISTRICT COURT

6            FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   JIYOUNG MOON and CRAIG STANFORD,            Case No. C 06-07657-SI
    individually and on behalf of all others similarly
9   situated,                                   **ORDER DENYING WITHOUT**
                                                **PREJUDICE PLAINTIFFS' MOTION**
10              Plaintiffs,                      **FOR CLASS CERTIFICATION**

11         v.

12  FEDEX KINKO'S OFFICE AND PRINT
    SERVICES, INC. and DOES 1-10,
13
                Defendants.
14  /

15

16         On October 12, 2007 the Court heard argument on plaintiffs' motion to certify a nationwide class

17  in this case arising under the Fair and Accurate Credit Transactions Act.  After plaintiffs filed their

18  motion for certification, the Ninth Circuit accepted review of an interlocutory appeal of an order denying

19  class certification in another FACTA case.  *See Soualian v. International Coffee and Tea LLC*, Case No.

20  07-502-RGK (Jcx) (C.D. Cal. filed June 11, 2007).  As stated at the hearing, the Court is inclined to

21  deny plaintiffs' motion for reasons similar to those in the ten Central District of California cases that

22  have denied class certification in similar FACTA cases.  *See Frederick Najarian v. Avis Rent A Car*,

23  Case No. 07-588-RGK (Ex) (C.D. Cal. filed June 11, 2007) (order denying class certification); *Frida*

24  *Najarian v. Charlotte Russe, Inc.*, Case No. 07-501-RGK (Ctx) (C.D. Cal. filed June 12, 2007) (same);

25  *Soualian v. International Coffee and Tea LLC*, Case No. 07-502-RGK (Jcx) (C.D. Cal. filed June 11,

26  2007) (same); *Torossian v. Vitamin Shoppe Industries*; Case No. 07-532-ODW (Ssx) (C.D. Cal. filed

27  August 6, 2007) (same); *Evans v. U-Haul Co. of California*, Case No. 07-2097-JFW (Jcx) (C.D. Cal.

28  filed August 14, 2007) (same); *Spikings v. Cost Plus, Inc.*, Case No. 06-8125-JFW (AJWx) (C.D. Cal.

**United States District Court**
For the Northern District of California

1  filed May 25, 2007) (same); *Lopez v. KB Toys Retail, Inc.*, Case No. 07-144-JFW (Cwx) (C.D. Cal. filed

2  July 17, 2007) (same); *Papazian v. Burberry Ltd.*, Case No. 07-1479-GPS (Rzx) (C.D. Cal. filed August

3  3, 2007) (same); *Medrano v. Modern Parking, Inc.*, Case No. 07-2949 PA (AGRx) (C.D. Cal. filed

4  September 17, 2007) (same); *Serna v. Big A Drug Stores, Inc.*, Case No. SACV 07-0276 CJC (MLGx)

5  (C.D. Cal. filed October 9, 2007) (same).  In light of the Ninth Circuit's review of *Soualian*, the Court

6  finds it prudent to DENY plaintiffs' motion WITHOUT PREJUDICE to renewal after *Soualian* is

7  decided (Docket No. 87).

8

9  **IT IS SO ORDERED.**

10

11  Dated: October 15, 2007

            SUSAN ILLSTON

12              United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2