IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIYOUNG MOON and CRAIG STANFORD, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC. and DOES 1-10,<br><br>    Defendants.<br>                                                                                   / | Case No. C 06-07657-SI<br><br>**ORDER DENYING PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS** |

Before the Court is plaintiffs' motion to compel defendant to produce additional documents. The Court finds that the parties have failed to meet and confer in good faith in accordance with Rule 37(a)(2)(A) and Local Rule 37-1. Accordingly, the Court DENIES the motion (Docket No. 87), and orders the parties to meet and confer in good faith no later than **October 22, 2007**. Plaintiffs may wish to reconsider the scope of their discovery requests in light of the Court's denial of class certification in this action. If the meet and confer efforts are unsuccessful, plaintiffs may renew their motion to compel.

**IT IS SO ORDERED.**

Dated: October 17, 2007

                                                          SUSAN ILLSTON
                                                          United States District Judge