SEDGWICK, DETERT, MORAN & ARNOLD LLP
KEVIN J. DUNNE (Bar No. 040030)
STEPHANIE A. SHERIDAN (Bar No. 135910)
MICHAEL N. WESTHEIMER (Bar No. 178938)
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635
Email: kevin.dunne@sdma.com
 stephanie.sheridan@sdma.com
 michael.westheimer@sdma.com

Attorneys for Defendant
FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIYOUNG MOON and CRAIG STANFORD, individually, and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC., and DOES 1-10,<br><br>Defendants. | Case No. C 06-07657 SI<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Judge: Honorable Susan Illston<br>Conference Date: November 2, 2007<br>Time: 2:30 p.m.<br>Courtroom: 10, 19th Floor |

Plaintiffs Jiyoung Moon, Craig Stanford and Farah Payan (collectively, "Plaintiffs") and Defendant FedEx Kinko's Office and Print Services, Inc. ("Defendant"), through their respective counsel, hereby submit the following Joint Case Management Conference Statement for the Case Management Conference scheduled at 2:30 p.m. on November 2, 2007.

The parties are in the process of evaluating the case status following the Court's order dated October 15, 2007 denying Plaintiffs' class certification motion without prejudice. The parties have not reached a consensus as to how the case should proceed, and request that the Court continue the Case Management Conference for 60 to 90 days to allow further consideration of these issues. The parties jointly request that the Court set a further Case Management

- 1 -

JOINT CASE MANAGEMENT CONFERENCE STATEMENT (CASE NO. C 06-07657 SI)

| | |
|---|---|
| 1 | Conference to take place on or around January 18, 2008. |
| 2 | DATED: October 31, 2007      THE LINDE LAW FIRM |

                                 /s/ (as authorized on 10/31/07)
                                   Douglas A. Linde
                                   Attorneys for Plaintiffs

DATED: October 31, 2007      SEDGWICK, DETERT, MORAN & ARNOLD, LLP

                                 By: /s/
                                     Michael N. Westheimer
                                   Attorneys for Defendant

**IT IS SO ORDERED**

*[signature: Susan Illston]*
Judge Susan Illston

*United States District Court, Northern District of California (seal)*

The case management has been continued to Friday, January 18, 2008, at 2:30 p.m. A joint case management conference statement shall be filed one week prior. Request to continue hearings shall be filed seperately.

- 2 -