1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   KEVIN J. DUNNE (Bar No. 040030)
2  STEPHANIE A. SHERIDAN (Bar No. 135910)
   MICHAEL N. WESTHEIMER (Bar No. 178938)
3  One Market Plaza
   Steuart Tower, 8th Floor
4  San Francisco, California 94105
   Telephone: (415) 781-7900
5  Facsimile: (415) 781-2635

6  Attorneys for Defendant

7

   IRA SPIRO (Bar No. 067641)
8  J. MARK MOORE (Bar No. 180473)
   SPIRO, MOSS, BARNESS LLP
9  11377 W. Olympic Boulevard, Fifth Floor
   Los Angeles, California 90064
10 Telephone: (310) 235-2468
   Facsimile: (310) 235-2456
11
   Attorneys for Plaintiffs
12

13

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16                     SAN FRANCISCO DIVISION

17

18 JIYOUNG MOON, et al.,                 CASE NO. C 06-7657 SI

19        Plaintiffs,
                                          STIPULATION AND [PROPOSED] ORDER
20    vs.                                 TO EXTEND TIME FOR PLAINTIFFS TO
                                          FILE A RESPONSE TO DEFENDANT'S
21 FEDEX KINKO'S OFFICE AND PRINT         ADMINISTRATIVE MOTION
   SERVICES, INC. and DOES 1-10,
22                                        Judge: Hon. Susan Illston
         Defendant.                       Court: 10, 19th Floor
23

24

25       Plaintiffs Jiyoung Moon, Craig Stanford and Farah Payan (hereafter "Plaintiffs) and

26 Defendant FedEx Kinko's Office and Print Services, Inc. (hereafter "Defendant") (collectively,

27 the "parties"), by and through their respective counsel, hereby stipulate as follows:

28
                                         -1-              CASE NO. C 06-7657 SI
     STIPULATION TO EXTEND TIME FOR PLAINTIFFS TO FILE A RESPONSE TO
                    DEFENDANT'S ADMINISTRATIVE MOTION

SF/1465606v1

1  WHEREAS, on November 6, 2007, Plaintiffs served notices on defense counsel of four
2  subpoenas, each with a return date of November 21, 2007, to be served on the following entities:
3  (1) Virginia Retail Merchants Association, (2) National Retail Federation, (3) California
4  Retailers Association, and (4) Fifth Third Bank;

5  WHEREAS, on November 20, 2007, Defendant filed an Administrative Motion for
6  Protective Order, or Alternatively, to Stay Action, in which Defendant requested, among other
7  things, that the Court quash the subpoenas;

8  WHEREAS, Plaintiffs seek additional time to respond to Defendant's Administrative
9  Motion due to the upcoming Thanksgiving holiday, and Defendant has no objection to an
10 extension of the briefing schedule;

11 NOW, THEREFORE, the parties hereby stipulate to and mutually request that the Court
12 extend the time for Plaintiffs to file a response to Defendant's Administrative Motion for
13 Protective Order, or Alternatively, to Stay Action, with Plaintiffs' response to be filed no later
14 than December 5, 2007.

15 IT IS SO AGREED AND STIPULATED.

16 DATED: November 20, 2007        SPIRO, MOSS, BARNESS LLP

17                                 By: _____
                                   J. MARK MOORE
18                                 Attorneys for Plaintiffs

19
20 DATED: November 20, 2007        SEDGWICK, DETERT, MORAN & ARNOLD LLP

                                   By: _____
21                                 KEVIN J. DUNNE
                                   STEPHANIE A. SHERIDAN
22                                 MICHAEL N. WESTHEIMER
                                   Attorneys for Defendant
23

24 IT IS SO ORDERED.
25 Dated: _____           _____
26                                 Hon. Susan Illston
27                                 United States District Judge
28

-2-    CASE NO. C 06-7657 SI
STIPULATION TO EXTEND TIME FOR PLAINTIFFS TO FILE A RESPONSE TO
DEFENDANT'S ADMINISTRATIVE MOTION

SF/1465606v1