IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JIYOUNG MOON and CRAIG STANFORD, individually and on behalf of all others similarly situated,

    Plaintiffs,

  v.

FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC., et al.,

    Defendants.

 /

No. C 06-7657 SI

Member case: C 07-3594

**ORDER GRANTING DEFENDANT'S MOTION FOR STAY**

Defendant FedEx Kinko's seeks a stay of this action pending the Ninth Circuit's resolution of *Soualian v. International Coffee & Tea, LLC*. As the parties are aware, the Ninth Circuit has agreed to review the denial of class certification in *Soualian*, a FACTA case similar to these related cases. Defendant argues that a stay is in the interest of judicial economy and will avoid hardship to the parties because *Soualian* will provide guidance regarding the scope of discovery. Plaintiffs oppose a stay on the ground that, regardless of the Ninth Circuit's disposition of *Soualian*, they are entitled to conduct discovery and proceed with litigation on plaintiff's individual FACTA claims.

The decision whether to stay proceedings is committed to the discretion of the Court. *See Rohan ex rel. Gates v. Woodford*, 334 F.3d 803, 817 (9th Cir. 2003). The Court finds that it is in the interest of judicial economy to stay this case pending the decision in *Soualian.* The Court agrees with defendant that the Ninth Circuit's decision is likely to illuminate the issues surrounding class certification, and relatedly, the appropriate scope of discovery.

Accordingly, the Court GRANTS defendant's motion for stay and STAYS this action until the

Ninth Circuit issues a decision in *Soualian*. (Docket No. 133). After the Ninth Circuit issues a decision in *Soualian*, the Court will hold a case management conference to discuss resuming litigation in these cases.

**IT IS SO ORDERED.**

Dated: January 9, 2008

SUSAN ILLSTON
United States District Judge