SEDGWICK, DETERT, MORAN & ARNOLD LLP
KEVIN DUNNE (Bar No. 40030)
STEPHANIE SHERIDAN (Bar No. 135910)
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635
Email: kevin.dunne@sdma.com
 stephanie.sheridan@sdma.com

Attorneys for Defendant
FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC.

Ira Spiro (Bar No. 67641)
J. Mark Moore (Bar No. 180473)
SPIRO MOSS BARNESS LLP
11377 W. Olympic Blvd., Fifth Floor
Los Angeles, CA 90064
Telephone: (310) 235-2468
Facsimile: (310) 235-2456
Email: ira@spiromoss.com
 mark@spiromoss.com

Attorneys for Plaintiffs
JIYOUNG MOON and CRAIG STANFORD

**IT IS SO ORDERED**
*Susan Illston*
Judge Susan Illston

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JIYOUNG MOON and CRAIG STANFORD, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC. AND DOES 1-10,<br><br>Defendant. | CASE NO. C-6-07657 SI<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF FACTA CASE BASED ON PASSAGE OF HR 4008**<br><br>Judge: Honorable Susan Illston |

///

///

///

SF/1515271v1

1.  CASE NO. C-6-07657 SI
STIPULATION FOR DISMISSAL WITH PREJUDICE

Based on the recent passage into law of HR 4008: The Credit and Debit Card Clarification Act of 2007, IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1). Each party is to bear its own attorney's fees and costs.

DATED: Aug. 5, 2008        SPIRO MOSS BARNESS LLP

By: _____
J. Mark Moore
Attorneys for Plaintiffs
JIYOUNG MOON and CRAIG STANFORD

DATED: Aug 5 2008          SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
Stephanie Sheridan
Attorneys for Defendant
FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC.

SF/1515271v1

2.                                           CASE NO. C-6-07657 SI
STIPULATION FOR DISMISSAL WITH PREJUDICE

Jiyoung Moon, et al. v. FedEx Kinko's Office and Print Services, Inc.
U.S.D.C. Northern District of California, Case No. C-06-07657 SI

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Sedgwick, Detert, Moran & Arnold LLP, One Maket Plaza, Steuart Tower, 8th Floor, San Francisco, California 94105. On August 5, 2008, I served the within document:

**STIPULATION FOR DISMISSAL WITH PREJUDICE OF FACTA CASE BASED ON PASSAGE OF HR 4008**

- ☐ **FACSIMILE** – by transmitting via facsimile the document listed above to the fax number set forth on the attached Telecommunications Cover Page on this date before 5:00 p.m.

- ☐ **MAIL** – by placing the document listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

- ☒ **ELECTRONIC FILING** - by electronic transmission via the internet for uploading onto the District Court website/docket.

- ☐ **ELECTRONIC MAIL** - by sending the document via Microsoft Outlook electronic mail to the addressee as set forth below.

- ☐ **OVERNIGHT COURIER** – by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via

- ☐ by causing **PERSONAL DELIVERY** by an agent of WORLDWIDE COURIER of the document(s) listed above to the person(s) at the address(es) set forth below.

| | |
|---|---|
| James Mark Moore, Esq.<br>Robert Ira Spiro, Esq.<br>SPIRO MOSS BARNESS LLP<br>11377 West Olympic Boulevard, 5th Floor<br>Los Angeles, CA 90064 | Attorneys for Plaintiff(s)<br>JIYOUNG MOON and CRAIG STANFORD<br><br>Telephone: 310.235.2468<br>Facsimile: 310.235.2456<br>mark@spiromoss.com |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on August 5, 2008, at San Francisco, California.

Rhonda D. Gillis

-1-
PROOF OF SERVICE

SEDGWICK
DETERT, MORAN & ARNOLD LLP
SF/1391157v1